**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **ALLEN R. LAMONT,** | ) | |
| Plaintiff, | ) | **Civil Action No. 7:15cv00620** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LESLIE J. FLEMING,** *et al.*, | ) | **By: Norman K. Moon** |
| Defendants. | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED**

that this action is **DISMISSED** without prejudice for failure to state a claim pursuant to 28

U.S.C. §1915A(b)(1), and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying

memorandum opinion to the plaintiff.

**ENTER**: This 14th day of March, 2016.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE